UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



Mitchell Miller
c/o 501 Herondo Street, Apt. 24
Hermosa Beach, near (90254)
California state, the Republic

                Plaintiff,

    vs.

SA CV18-414-AG(KESx)
Case #_____
Common Law Complaint

BANK OF AMERICA, N.A., BILL THREEWITS, Bill Threewits, AS SUCCESSOR IN INTEREST TO AMERICA'S WHOLESALE LENDER IT'S SUCCESSORS AND/OR ASSIGNS; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE ALTERNATIVE LOAN TRUST 2005-86CB, AND BAYVIEW LOAN SERVICING, LLC, CATHY KNECHT ROBINSON, Cathy Knecht Robinson, JEFFREY BURNS GARDNER; ROBINSON, CHAVEZ, GARDER & KINCANNAN, APC; CHRISTINE O'BRIEN, Christine O'Brien, LES ZIEVE, Les Zieve, AND THE LAW OFFICES OF ZIEVE, BRODNAX, & STEELE, LLP INCLUSIVE



                Defendants.

---

## Affidavits

Comes Now, Mitchell Miller, Petitioner herein, one of the Private People in the California Republic, one of The United States of America, a Union of republic Sworn under penalties of perjury, under The Laws of The United States of America and of the California Republic, and states that Petitioner is competent to be a witness and that the facts contained herein are true, correct, complete, and not misleading, to the best of petitioner's firsthand knowledge on Petitioner unlimited commercial Liability.

1

Now comes the plaintiff, in propria persona, and relying on the decisions in *Hains v. Kerner*, 404 U.S. 519 and show their Complaint against the defendants as follows:

JURISDICTION

1. FOR STATE COURTS (Jurisdiction in this action at law is based on the Constitution of the United States and in particular the 7th amendment as this is a suit at common law. Jurisdiction is further invoked under the Constitution of the state of California and in particular by the …amendment which preserves the right to trial by jury in an action at law and jurisdiction is further invoked under 18 U.S.C. Sec. 1964.)

2. FOR FEDERAL COURTS Use the following- (Jurisdiction is revoked under 28 U.S.C. Sec. 1332 and involves diversity of citizenship and more than $ 10,000 in controversy and jurisdiction is further invoked under 42 U.S.C. 1983 et seq. and 18 U.S.C. Sec. 1964 as well as the Constitution of the United States and in particular the 7th amendment as this is a "suit at common law." This Complaint is filed in propria persona pursuant to Hains vs. Kerner, 404 U.S. 519).

PARTIES TO THE ACTION

2. The plaintiff in this action is a citizen of the United States and residents of the state of California. The plaintiff's name and addresses are as follows: Mitchell Miller, 501 Herondo Street, Apt. 24, Hermosa Beach, California.

The defendants in this Complaint are BANK OF AMERICA, N.A., BILL THREEWITS, Bill Threewits, AS SUCCESSOR IN INTEREST TO AMERICA'S WHOLESALE LENDER ITS SUCCESSORS AND/OR ASSIGNS; BANK OF AMERICA, N.A., BILL THREEWITS, Bill Threewits, THE BANK OF NEW YORK MELLON, AND BAYVIEW LOAN SERVICING, LLC; THE BANK OF NEW YORK MELLON FKA THE BANK OD NEW YORK AS TRUSTEE FOR THE ALTERNATIVE LOAN TRUST 2005-86CB, BAYVIEW LOAN SERVICING, LLC, CATHY KNECHT ROBINSON, Cathy Knecht Robinson, ROBINSON,

2

JEFFREY BURNS, Jeffrey Burns, GARDNER CHAVEZ, Gardner Chavez, GARDNER & KINCANNON, CHRISTINE O'BRIEN, Christine O'Brien, LES ZIEVE, Les Zieve, AND THE LAW OFFICES OF ZIEVE, BRODNAX, & STEELE, LLP, Inclusive, whose business address is as follows:

100 North Tyron Street, Charlotte, North Carolina, 28255, 225 Liberty Street, New York, New York 10286, and 4425 Ponce De Leon Blvd., 5th Floor, Cora Gables, Florida 33146, 30 Corporate Park, Suite 450, Irvine, California 92606.

FACTUAL BACKGROUND

3. On or about December 08, 2008, AMERCIA'S WHOLESALE LENDER and ITS SUCCESSORS AND/OR ASSIGNS; BANK OF AMERICA, N.A., BILL THREEWITS, Bill Threewits, THE BANK OF NEW YORK MELLON, AND BAYVIEW LOAN SERVICING, LLC, through its loan officer did verbally represent to the plaintiff that it had approved a loan to them for the sum of $448,000.00 in lawful money of the United States and at annual interest rate of 6.375%.

4. The AMERCIA'S WHOLESALE LENDER and ITS SUCCESSORS AND/OR ASSIGNS; BANK OF AMERICA, N.A., BILL THREEWITS, Bill Threewits, THE BANK OF NEW YORK MELLON, AND BAYVIEW LOAN SERVICING, LLC and its loan officer knew or should have known that the verbal statement that they would lend the plaintiff "lawful money of the United States" at an annual interest rate of 6.375% was a false representation that was made recklessly and with deliberate and intentional disregard for the rights for the plaintiff.

5. Relying on these false representations, the plaintiff was induced into signing a [mortgage note, deed of trust, note, security agreement etc.] on or about December 08, 2008. Since the date of the loan, the plaintiff has made payments of principal and interest totaling $720,047.57.

6. After the plaintiff had signed the [mortgage, deed of trust, note, etc.], AMERCIA'S WHOLESALE LENDER and ITS SUCCESSORS AND/OR ASSIGNS; BANK OF AMERICA,

N.A., BILL THREEWITS, Bill Threewits, THE BANK OF NEW YORK MELLON, AND BAYVIEW LOAN SERVICING, LLC and its officer did fail to lend the plaintiff lawful money of the United States for the full value of the loan. For the actual lawful money which AMERCIA'S WHOLESALE LENDER and ITS SUCCESSORS AND/OR ASSIGNS; BANK OF AMERICA, N.A., BILL THREEWITS, Bill Threewits, THE BANK OF NEW YORK MELLON, AND BAYVIEW LOAN SERVICING, LLC risked for the loan, estimated to be no more than 5% of the loans face value, AMERCIA'S WHOLESALE LENDER and ITS SUCCESSORS AND/OR ASSIGNS; BANK OF AMERICA, N.A., BILL THREEWITS, Bill Threewits, THE BANK OF NEW YORK MELLON, AND BAYVIEW LOAN SERVICING, LLC did charge an interest rate that was 20 times greater than what was authorized in the contract, and did this deliberately to the detriment and damage of the plaintiff.

7. In carrying out their commitment to lend lawful money of the United States, AMERCIA'S WHOLESALE LENDER and ITS SUCCESSORS AND/OR ASSIGNS; BANK OF AMERICA, N.A., BILL THREEWITS, Bill Threewits, THE BANK OF NEW YORK MELLON, AND BAYVIEW LOAN SERVICING, LLC did write a check for the sum of $448,000.00. AMERCIA'S WHOLESALE LENDER and ITS SUCCESSORS AND/OR ASSIGNS; BANK OF AMERICA, N.A., BILL THREEWITS, Bill Threewits, THE BANK OF NEW YORK MELLON, AND BAYVIEW LOAN SERVICING, LLC in writing this check, did deliberately make a loan beyond its customers' deposits.

8. The check (or checks) which AMERCIA'S WHOLESALE LENDER and ITS SUCCESSORS AND/OR ASSIGNS; BANK OF AMERICA, N.A., BILL THREEWITS, Bill Threewits, THE BANK OF NEW YORK MELLON, AND BAYVIEW LOAN SERVICING, LLC and its officers wrote were not backed by or redeemable in Federal Reserve Notes, coins or lawful money of the United States for their full-face value.

9. The AMERCIA'S WHOLESALE LENDER and ITS SUCCESSORS AND/OR ASSIGNS; BANK OF AMERICA, N.A., BILL THREEWITS, Bill Threewits, THE BANK OF

NEW YORK MELLON, AND BAYVIEW LOAN SERVICING, LLC and its officers did use the U.S. Mails more than twice since the date of loan to collect money on this debt. Plaintiff did not become aware of the fraudulent activity of the defendants until on or around December 08, 2008, or thereafter.

10. The only consideration which AMERCIA'S WHOLESALE LENDER and ITS SUCCESSORS AND/OR ASSIGNS; BANK OF AMERICA, N.A., BILL THREEWITS, Bill Threewits, THE BANK OF NEW YORK MELLON, AND BAYVIEW LOAN SERVICING, LLC provided for this loan was a book entry demand deposit which AMERCIA'S WHOLESALE LENDER and ITS SUCCESSORS AND/OR ASSIGNS; BANK OF AMERICA, N.A., BILL THREEWITS, Bill Threewits, THE BANK OF NEW YORK MELLON, AND BAYVIEW LOAN SERVICING, LLC itself created effortlessly and at virtually no cost to itself. AMERCIA'S WHOLESALE LENDER and ITS SUCCESSORS AND/OR ASSIGNS; BANK OF AMERICA, N.A., BILL THREEWITS, Bill Threewits, THE BANK OF NEW YORK MELLON, AND BAYVIEW LOAN SERVICING, LLC in stamping its own check "Paid," did make a false representation as it merely transferred some book entries and never intended to redeem this check in lawful money of the United States.

**COUNT ONE**

1. BREACH OF CONTRACT. The averments of the previously numbered paragraphs are restated by reference herein. The AMERCIA'S WHOLESALE LENDER and ITS SUCCESSORS AND/OR ASSIGNS; BANK OF AMERICA, N.A., BILL THREEWITS, Bill Threewits, THE BANK OF NEW YORK MELLON, AND BAYVIEW LOAN SERVICING, LLC and failed to lend the plaintiff lawful money of the United States and instead substituted a check with the intended purpose of circulating it as money.

COUNT TWO

1. FRAUD AND RACKETEERING. The averments of the previously numbered paragraphs are referred to by reference herein. AMERCIA'S WHOLESALE LENDER and ITS SUCCESSORS AND/OR ASSIGNS; BANK OF AMERICA, N.A., BILL THREEWITS, Bill Threewits, THE BANK OF NEW YORK MELLON, AND BAYVIEW LOAN SERVICING, LLC and all parties to the writing and processing of a check written by AMERCIA'S WHOLESALE LENDER and ITS SUCCESSORS AND/OR ASSIGNS; BANK OF AMERICA, N.A., BILL THREEWITS, Bill Threewits, THE BANK OF NEW YORK MELLON, AND BAYVIEW LOAN SERVICING, LLC on or about December 08, 2008. All these parties are in collusion in using the U.S. Mails and Wire Services to collect on this unlawful debt in violation of 18 U.S.C. 1341 (mail fraud) and 18 U.S.C. (wire fraud) and 18 U.S.C. 1962 in establishing a "pattern of racketeering activity" Plaintiff ask for triple damages for actual and compensatory damages sustained pursuant to 18 U.S.C. 1964 from each and every defendant on all counts.

**COUNT THREE**

1. USURY AND RACKETEERING. The averments of the previously numbered paragraphs are restated by reference herein. By virtue of AMERCIA'S WHOLESALE LENDER and ITS SUCCESSORS AND/OR ASSIGNS; BANK OF AMERICA, N.A., BILL THREEWITS, Bill Threewits, THE BANK OF NEW YORK MELLON, AND BAYVIEW LOAN SERVICING, LLC activities in creating an unlawful debt by passing a bad check, AMERCIA'S WHOLESALE LENDER and ITS SUCCESSORS AND/OR ASSIGNS; BANK OF AMERICA, N.A., BILL THREEWITS, Bill Threewits, THE BANK OF NEW YORK MELLON, AND BAYVIEW LOAN SERVICING, LLC has collected an annual interest rate estimated

to be twenty times greater than the amount of interest the plaintiff agreed to in the note they signed. This violation of contract law and usury laws is due to the fact that the actual amount of lawful money risked by AMERCIA'S WHOLESALE LENDER and ITS SUCCESSORS AND/OR ASSIGNS; BANK OF AMERICA, N.A., BILL THREEWITS, Bill Threewits, THE BANK OF NEW YORK MELLON, AND BAYVIEW LOAN SERVICING, LLC in making the loan was less than 5% of the loan's face value.

**COUNT FOUR**

1. VIOLATIONS OF TRUTH IN LENDING LAW. AMERCIA'S WHOLESALE LENDER and ITS SUCCESSORS AND/OR ASSIGNS; BANK OF AMERICA, N.A., BILL THREEWITS, Bill Threewits, THE BANK OF NEW YORK MELLON, AND BAYVIEW LOAN SERVICING, LLC on the date of December 08, 2008, prepared the note and mortgage agreement in writing, but failed or refused to disclose material fact in either instrument. The material facts were that Plaintiff was the depositor and that the Defendant(s) risked none of their assets in the exchange, or any assets of other depositors. Defendant(s) violated 12 CFR 226.17 (c)(1) of the Truth Lending Law by failing or refusing to disclose this material fact.

**RELIEF REQUESTED**

1. The plaintiff asks the court to empanel a Grand Jury to investigate BANK OF AMERICA, N.A., BILL THREEWITS, Bill Threewits, AS SUCCESSOR IN INTEREST TO AMERICA'S WHOLESALE LENDER IT'S SUCCESSORS AND/OR ASSIGNS; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE ALTERNATIVE LOAN TRUST 2005-86CB, AND BAYVIEW LOAN SERVICING, LLC, CATHY KNECHT ROBINSON, Cathy Knecht Robinson, JEFFREY BURNS, Jeffrey Burns, GARDNER CHAVEZ, Gardner Chavez, GARDNER & KINCANNON, CHRISTINE O'BRIEN, Christine O'Brien, LES ZIEVE, Les Zieve, AND THE LAW OFFICES

OF ZIEVE, BRODNAX, & STEELE, LLP INCLUSIVE violations of Federal Antitrust laws and the Federal Racketeering laws including 18 U.S.C. 1341 (mail fraud) and 18 U.S.C. 1343 (wire fraud) and 18 U.S.C. 1962 (patterns of racketeering activity) and 18 U.S.C. 241 for conspiracy to violate the plaintiff and other citizens Constitutional rights.

2. Plaintiff ask for actual damages for the sum of $448,000.00 and compensatory damages to be determined as well as three times this amount in punitive damages against each defendant convicted on any count.

3. Plaintiff ask for an Evidentiary Hearing and Demand a Trial by Jury to be comprised of 12 members to determine all issues of facts in dispute and to determine award all damages.

4. Plaintiff ask for a court order declaring the [mortgage, mortgage note, note, deed of trust, security agreement, etc.] to be null and void.

5. An injunction against the AMERCIA'S WHOLESALE LENDER and ITS SUCCESSORS AND/OR ASSIGNS; BANK OF AMERICA, N.A., BILL THREEWITS, Bill Threewits, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE ALTERNATIVE LOAN TRUST 2005-86CB, AND, BAYVIEW LOAN SERVICING, LLC, CATHY KNECHT ROBINSON, Cathy Knecht Robinson, JEFFREY BURNS, GARDNER CHAVEZ, GARDNER & KINCANNON, CHRISTINE O'BRIEN, Christine O'Brien, LES ZIEVE, Les Zieve, AND THE LAW OFFICES OF ZIEVE, BRODNAX, & STEELE, LLP to divest themselves of any assets they have unlawfully gained and to return the same to the plaintiff and all other debtors or injured parties.

Dated this 5th, day of March, 2018 A.D.

_____
Mitchell Miller
c/o 501 Herondo St., Apt. 24
Hermosa Beach, near (90254)

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA}
COUNTY OF _Los Angeles_ } SS

On _5th March 2018_ before me, _James Gary Ross_ a Notary Public, personally appeared _Mitchell Miller_ who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that He is the Man executing the forgoing Amended Common Law Complaint Affidavit and he executed the same in his/their/her authorized capacity (ies), and that by his/her/their signatures(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

SIGNATURE _____ (SEAL)

JAMES GARY ROSS
Commission # 2123934
Notary Public - California
Los Angeles County
My Comm. Expires Sep 14, 2019